United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Google Inc. Street View Electronic
Communications Litigation

NO. C 10-MD-02184 JW

**ORDER FOLLOWING CASE
MANAGEMENT CONFERENCE**

_____/

On September 13, 2010, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference and the parties' Joint Case Management Statement, the Court ORDERS as follows:

(1)     On or before **September 27, 2010**, Plaintiffs shall file their motions for appointment of Lead Interim Counsel under Fed. R. Civ. P. 23(g) and any stipulation regarding consolidation of cases, including tag along cases. Unless otherwise ordered by the Court, these motions will be taken under submission for consideration without oral argument. See Civ. L.R. 7-1(b).

(2)     On or before **November 8, 2010**, Plaintiffs shall file a Master Consolidated Complaint that includes all claims against Defendant Google, both Federal and State.

The Court will set an interim Case Management Conference once the Master Consolidated Complaint is filed.

Dated:  September 14, 2010

_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John A. Macoretta jmacoretta@srkw-law.com
David H. Kramer dkramer@wsgr.com
Bart Edward Volkmer bvolkmer@wsgr.com
Bobbie Jean Wilson BWilson@perkinscoie.com
Caroline Elizabeth Wilson cwilson@wsgr.com
Michael H. Rubin mrubin@wsgr.com
Susan D. Fahringer sfahringer@perkinscoie.com
Aaron Michael Zigler azigler@koreintillery.com
Robert A. Curtis rcurtis@foleybezek.com
Michael James Aschenbrenner maschenbrener@edelson.com
Jay Edelson jedelson@edelson.com
Eric H. Gibbs ehg@girardgibbs.com
Reginald Von Terrell reggiet2@aol.com

Dated:  September 14, 2010                    Richard W. Wieking, Clerk


                                              By:   /s/ JW Chambers
                                                    Elizabeth Garcia
                                                    Courtroom Deputy

2